RECEIVED
BY MAIL
MAY 1 1 2009
U.S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS

## IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF IOWA
## CENTRAL DIVISION

| | |
|---|---|
| In re: Teflon Products Liability Litigation | MDL No. 1733 |
| This Document Relates to All Actions | 4:06-md-01733-REL-CFB |
| | |

## Stipulation of Dismissal of All Actions With Prejudice and ORDER

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii) and Local Rule 41(a)(2), the parties hereby stipulate to dismiss with prejudice all actions listed in Schedule A, including all claims and counterclaims, each party to bear its own expenses, costs and fees.

Respectfully submitted this 1st day of May, 2009.

| | |
|---|---|
| /s/ *Steve I. Silverman* (w/ permission) | /s/ *Adam L. Hoeflich* |
| Alan J. Kluger, Esq. | Adam L. Hoeflich |
| Steve I. Silverman, Esq. | **BARTLIT BECK HERMAN PALENCHAR &** |
| **KLUGER PERETZ KAPLAN & BERLIN PL** | **SCOTT LLP** |
| 201 South Biscayne Boulevard, 17th Floor | 54 West Hubbard Street, Suite 300 |
| Miami, Florida 33131 | Chicago, Illinois 60654 |
| Telephone: (305) 379-9000 | Telephone: (312) 494-4400 |
| Facsimile: (305) 379-3428 | Facsimile: (312) 494-4440 |
| ssilverman@kpkb.com | adam.hoeflich@bartlit-beck.com |
| | |
| On behalf of all plaintiffs and counsel in the listed actions | On behalf of E.I. du Pont de Nemours and Company |

## Order of Dismissal

As stipulated by the parties, all actions, including all claims and counterclaims, listed in Schedule A are hereby dismissed with prejudice, each party to bear its own expenses, costs and fees.

Dated this first day of May, 2009.

*[signature]*
RONALD E. LONGSTAFF, Senior Judge
United States District Court

## SCHEDULE A

MDL – 1733 – In re Teflon Products Liability Litigation

    Southern District of Iowa

*Janet R. Luett, et al., v. E.I. DuPont De Nemours & Co.*, 4:05-cv-00422-REL-CFB

    Southern District of Iowa

*Andrew Wade Lampman v. E.I. DuPont De Nemours & Co.*, 4:06-cv-00210-REL-CFB

    District of Colorado

*Susan R. Yoshioka, et al., v. E.I. DuPont De Nemours & Co.*, 4:06-cv-00090-REL-CFB Northern

    District of Illinois

*Paula Bardwell, et al., v. E.I. DuPont De Nemours & Co.*, 4:06-cv-00097-REL-CFB

    District of Massachusetts

*Ronna Casper, et al., v. E.I. DuPont De Nemours & Co.*, 4:06-cv-00098-REL-CFB

    Eastern District of Missouri

*Heath Hutchison, et al., v. E.I. DuPont De Nemours & Co.*, 4:06-cv-00099-REL-CFB Southern

    District of New York

*Jeannie Triolo, et al., v. E.I. DuPont De Nemours & Co.*, 4:06-cv-00100-REL-CFB Northern

    District of Ohio

*Susan E. Schnur, et al., v. E.I. DuPont De Nemours & Co.*, 4:06-cv-00101-REL-CFB

    Eastern District of Pennsylvania

*Kathleen Margay, et al., v. E.I. DuPont De Nemours & Co.*, 4:06-cv-00102-REL-CFB

    Central District of California

*Lisa Howe, et al., v. E.I. DuPont De Nemours & Co.*, 4:06-cv-00115-REL-CFB Southern

    District of Florida

*Natalie Belmonte, et al., v. E.I. DuPont De Nemours & Co.*, 4:06-cv-00116-REL-CFB

District of South Carolina

*Claire R. Brown, et al., v. E.I. DuPont De Nemours & Co.*, 4:06-cv-00117-REL-CFB Southern

District of Texas

*Jerry Syntych, et al., v. E.I. DuPont De Nemours & Co.*, 4:06-cv-00129-REL-CFB Eastern

District of Michigan

*Constance A. Webb v. E.I. DuPont De Nemours & Co.*, 4:06-cv-00157-REL-CFB District of

New Jersey

*Joseph O'Donoghue, et al., v. E.I. DuPont De Nemours & Co.*, 4:06-cv-00194-REL-CFB District of

Connecticut

*Thomas Clark, et al. v. E.I. DuPont De Nemours & Co.*, 4:06-cv-00276-REL-CFB

Southern District of West Virginia

*Bonnie Lou Newsome v. E.I. DuPont De Nemours & Co.*, 4:06-cv-00347-REL-CFB

District of Columbia

*Nathan Nahikian v. E.I. DuPont De Nemours & Co.*, 4:06-cv-00359-REL-CFB

District of Delaware

*Harrell E. Brannan, et al., v. E.I. DuPont De Nemours & Co.*, 4:06-cv-00360-REL-CFB

Eastern District of Kentucky

*Deborah Brett Johnson v. E.I. DuPont De Nemours & Co.*, 4:06-cv-00396-REL-CFB Southern

District of Indiana

*Eric Munson, et al. v. E.I. DuPont De Nemours & Co.*, 4:06-cv-00559-REL-CFB

Western District of Oklahoma

*Barbara Rollins v. E.I. DuPont De Nemours & Co.*, 4:07-cv-00238-REL-CFB

**CLERK, UNITED STATES DISTRICT COURT**
U.S. COURTHOUSE
P.O. BOX 9344
DES MOINES, IOWA 50306-9344

OFFICIAL BUSINESS
PENALTY FOR PRIVATE USE $300

James G. Woodward
Clerk of Court
United States District Court
Eastern District of Missouri
111 S. Tenth Street
St. Louis, MO 63102

PRESORTED
FIRST CLASS

Hasler
$00.369
05/06/2009
Mailed From 50301
00 178351
N01H16101583

RECEIVED
BY MAIL
MAY 11 2009
U.S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS

US POSTAGE